BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant PERDOMO-SOTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LUIS PERDOMO-SOTO,<br><br>    Defendant. | No. CR-10-00373 - RMW<br><br>**STIPULATION TO CONTINUE SENTENCING DATE AND [] ORDER** |

The parties, the United States of America, and defendant, Luis Perdomo-Soto, through their respective counsel, and subject to the Court's approval, stipulate and agree that the Court move the sentencing date in this case from October 3, 2011 to October 17, 2011, at 9:00 a.m. The defendant's counsel has a conflict in his calendar. He needs to attend Magistrate Court in Salinas, California on said date. The Probation Office has indicated to the parties that the October 17, 2011, date is acceptable.

Dated: September 26, 2011    Respectfully submitted,

_____/S/_____
MANUEL ARAUJO,
Attorney for Defendant


Dated: September 26, 2011    _____/S/_____
EUMI CHOI,
Assistant United States Attorney

STIPULATION TO CONTINUE SENTENCING DATE
AND [] ORDER
No. CR-10-00373 - RMW

| | |
|---|---|
| 1 | **[] ORDER** |
| 2 | |
| 3 | WHEREFORE, based on the above, the COURT HEREBY ORDERS that the sentencing |
| 4 | date in the above-captioned case is moved from October 3, 2011 to October 17, 2011. |

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE,
United States District Court Judge

STIPULATION TO CONTINUE SENTENCING DATE
AND [] ORDER
No. CR-10-00373 - RMW