```
1   BARRY J. PORTMAN
    Federal Public Defender
2   MANUEL U. ARAUJO
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant PERDOMO-SOTO
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00373 - RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE SENTENCING DATE AND [] ORDER** |
| v. | ) | |
| LUIS PERDOMO-SOTO, | ) | |
| Defendant. | ) | |

The parties, the United States of America, and defendant, Luis Perdomo-Soto, through their respective counsel, and subject to the Court's approval, stipulate and agree that the Court move the sentencing date in this case from November 14, 2011 to December 12, 2011, at 9:00 a.m. Defense counsel has not completed his investigation into a factual matter raised by the Presentence Report and the Government's position regarding a material fact. The additional time will enable the defense to complete its investigation and potentially enable the parties to resolve

///
///
///
///
///

STIPULATION TO CONTINUE SENTENCING DATE
AND [] ORDER
No. CR-10-00373 - RMW

the issue without the need of an evidentiary hearing. The Probation Office has indicated to the parties that the December 5, 2011, date is acceptable.

Dated: November 7, 2011				Respectfully submitted,

						_____/S/_____
						MANUEL ARAUJO,
						Attorney for Defendant

Dated: November 7, 2011				_____/S/_____
						EUMI CHOI,
						Assistant United States Attorney

**[] ORDER**

WHEREFORE, based on the above, the COURT HEREBY ORDERS that the sentencing date in the above-captioned case is moved from November 14, 2011, to December 12, 2011 at 9:00 a.m.

DATED: FFDJBFF				_Ronald M. Whyte_____
						RONALD M. WHYTE,
						United States District Court Judge