BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant PERDOMO-SOTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00373 - RMW |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE SENTENCING DATE AND [PROPOSED] ORDER** |
| v. ) | |
| LUIS PERDOMO-SOTO, ) | |
| Defendant. ) | |

The parties, the United States of America, and defendant, Luis Perdomo-Soto, through their respective counsel, and subject to the Court's approval, stipulate and agree that the Court move the sentencing date in this case from December 12, 2011 to January 9, 2012, at 9:00 a.m. Defense counsel has not completed his investigation into a factual matter raised by the Presentence Report and the Government's position regarding a material fact. The additional time will enable the defense to complete its investigation and potentially enable the parties to resolve

///
///
///
///
///

STIPULATION TO CONTINUE SENTENCING DATE
AND [ ORDER
No. CR-10-00373 - RMW

1  the issue without the need of an evidentiary hearing.  The Probation Office has indicated to the
2  parties that the January 9, 2012, date is acceptable.
3  Dated: December 1, 2011                    Respectfully submitted,

                                              _____/S/_____
                                              MANUEL ARAUJO,
                                              Attorney for Defendant


                                              _____/s/_____
7  Dated: December 1, 2011                    EUMI CHOI,
                                              Assistant United States Attorney


                         **[PROPOSED]** ORDER


   WHEREFORE, based on the above, the COURT HEREBY ORDERS that the sentencing
   date in the above-captioned case is moved from December 12, 2011 to January 9, 2012.

   DATED: 12/1/11                             *Ronald M. Whyte*
                                              _____
                                              RONALD M. WHYTE,
                                              United States District Court Judge

STIPULATION TO CONTINUE SENTENCING DATE
AND [] ORDER
No. CR-10-00373 - RMW